STATE *against* JOHN HARRINGTON.

Costs can in
no case be
taxed against
the State.

THE respondent had been brought into Court
*criminaliter* upon an illegal process, and was dis-
charged on motion by order of Court. He moved
that he might tax costs as against the State.

*Sed per Curiam.* Costs can in no case be taxed
against the State.